IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**ENTERED 01/08/2009**

|  |  |
|---|---|
| IN RE | ) |
| | ) |
| PRL, LLC, | )  CASE NO. 08-80392-G3-7 |
| | ) |
| Debtor, | ) |
| | ) |

## JUDGMENT

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that the above captioned Chapter 7 case is dismissed.

Signed at Houston, Texas on January 8, 2009.

_____
LETITIA Z. CLARK
UNITED STATES BANKRUPTCY JUDGE